RECEIVED
IN LAKE CHARLES, LA

MAR 10 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| STEPHEN K. LANPHIER | : | DOCKET NO. 2:06 CV 1490 |
| VS. | : | JUDGE MINALDI |
| STATE OF LOUISIANA, ET AL. | : | MAGISTRATE JUDGE KAY |

## ORDER

Before the Court is a Motion for Rehearing of Judgment, [doc. 12], filed by the plaintiff Stephen K. Lanphier (hereinafter "Lanphier"). Pursuant to FED. R. CIV. PRO. 59(e), all Motions to Alter or Amend a Judgment must be submitted within ten (10) days after the entry of Judgment. This Court entered Judgment in Lanphier's case on January 17, 2007, over a year before Lanphier filed this Motion. Because FED. R. CIV. PRO. 59(e) requires that all Motions to Alter or Amend a Judgment be submitted within ten (10) days after the entry of Judgment,

IT IS ORDERED that the plaintiff's Motion for Rehearing of Judgment [doc. 12] is hereby DENIED.

Lake Charles, Louisiana, this 10 day of March, 2008.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE