
RECEIVED
IN LAKE CHARLES, LA


APR - 3 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **STEPHEN K. LANPHIER** | : | **DOCKET NO. 2:06 CV 1490** |
| **VS.** | : | **JUDGE MINALDI** |
| **STATE OF LOUISIANA, ET AL.** | : | **MAGISTRATE JUDGE KAY** |

## ORDER

Before the Court is a Motion for Reconsideration, [doc. 14], filed by the plaintiff Stephen K. Lanphier (hereinafter "Lanphier"). On March 10, 2008, this Court denied Lanphier's Motion for Rehearing of Judgment pursuant to FED. R. CIV. PRO. 59(e) because it was submitted more than a year after the entry of Judgment and not the within ten (10) days the Federal Rules require, [doc. 13]; accordingly,

IT IS ORDERED that the plaintiff's Motion for Reconsideration, [doc. 14], is hereby DENIED.

Lake Charles, Louisiana, this _____ day of _____, 2008.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE